UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LARRY CRUZ,<br><br>    Plaintiff,<br><br>versus<br><br>ELDORADO RESORTS, INC. AND ISLE OF CAPRI LAKE CHARLES GRAND PALAIS,<br><br>    Defendants. | Civil Action No. _____ |

## DEFENDANTS' NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come defendants, Eldorado Resorts, Inc. n/k/a Caesars Entertainment, Inc. ("Eldorado") and St. Charles Gaming Company, L.L.C. (incorrectly named "Isle of Capri Lake Charles Grand Palais") ("Isle of Capri") which, while reserving any and all defenses, exceptions, and objections available to them, respectfully represent that they desire to remove this action from the 457th Judicial District Court, Montgomery County, Texas, to the United States District Court for the Southern District of Texas, Houston Division pursuant to sections 1441 and 1332 of title 28 of the United States Code for the reasons stated below:

### BACKGROUND

1. On September 30, 2020 plaintiff, Larry Cruz, filed an Original Petition against Eldorado, in the 457th Judicial District Court in Montgomery County, Texas (the "state court"), bearing docket number 20-09-11908 (the "state court action"). Exhibit A-1.

2. Eldorado was served on October 6, 2020, as shown by the Non-Resident Citation served on Eldorado's agent for service of process. Exhibit A-2.

3. Isle of Capri received a copy of plaintiff's petition no earlier than October 6, 2020, when citation was served on Eldorado Resorts, Inc.'s agent for service. Exhibit A-3.

4. This Notice of Removal is being filed within 30 days after receipt by defendants, through service or otherwise, of a copy of the initial pleading setting forth plaintiff's claim for relief upon which this action is based as required by Section 1446(b) of Title 28 of the United States Code. As of the filing hereof, Eldorado and Isle of Capri have filed no pleadings responsive to the plaintiff's petition.

**GROUNDS FOR REMOVAL**

5. This Court has jurisdiction over this case based on diversity of citizenship pursuant to section 1332(a) of title 28 of the United States Code, as there is complete diversity of citizenship and the matter in controversy exceeds $75,000.00, exclusive of interest and costs. This action may therefore be removed to this Honorable Court pursuant to section 1441 of title 28 of the United States Code.

**A.    There is Complete Diversity of Citizenship**

6. Plaintiff, Larry Cruz, is a citizen, resident, and domiciliary of the State of Texas. Exhibit A-1, ¶ 2.

7. For purposes of diversity jurisdiction, a corporation is a citizen of the state of its incorporation as well as the state where it maintains its principal place of business. 28 U.S.C. § 1332(c)(1).

8. Eldorado Resorts, Inc. n/k/a Caesars Entertainment, Inc. is a Delaware corporation with its principal place of business in Nevada. Therefore, Eldorado was at the time the state court action was filed, and is now, a citizen of Delaware and Nevada.

9. St. Charles Gaming Company, L.L.C. is a limited liability company.

10. The citizenship of a limited liability company is determined by the citizenship of all of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008).

11. The sole member of St. Charles Gaming Company, L.L.C. is IOC Holdings, L.L.C., a limited liability company. The sole member of IOC Holdings, L.L.C. is Isle of Capri Casinos, LLC, a limited liability company. The sole member of Isle of Capri Casinos, LLC is Caesars Entertainment, Inc. f/k/a Eldorado Resorts, Inc. a Delaware corporation with its principal place of business in Nevada. Therefore, St. Charles Gaming Company, L.L.C. was at the time the state court action was filed, and is now, a citizen Delaware and Nevada.

12. As such, Eldorado and Isle of Capri are not citizens of the State of Texas and complete diversity of citizenship is therefore present between plaintiff and defendants.

**B.     The Amount in Controversy Exceeds $75,000**

13. Plaintiff's petition seeks recovery for damages for personal injuries allegedly sustained in an accident on October 18, 2019, at the Isle of Capri Hotel and Casino in Lake Charles, Louisiana. Plaintiff alleges that while using the bathroom in his hotel room he stepped on a hypodermic needle on the bathroom floor. His alleged damages include general and special damages related to pain and suffering, medical expenses, mental anguish, loss of household services, and medical monitoring. Exhibit A-1, ¶¶ 7, 9.

14. Pursuant to Texas Rule of Civil Procedure 47, plaintiff alleges he is seeking monetary relief over $200,000 but not more than $1,000,000. Exhibit A-1, ¶ 9(J).

15. Accordingly, although defendants deny liability, it is apparent from the face of the petition that the amount in controversy exceeds $75,000, exclusive of interest and costs.

**C.     The Procedural Requirements for Removal have been Satisfied**

16. The United States District Court for the Southern District of Texas, Houston Division includes the county in which the state court action is now pending. Therefore, this Court

is a proper venue for removal of this action pursuant to Sections 124(b)(2) and 1441(a) of Title 28 of the United States Code.

17. This notice of removal is timely because it is being filed within 30 days after receipt by defendants, through service or otherwise, of a copy of the initial pleading of the state court lawsuit. *See* 28 U.S.C. §1446(b)(1).

18. Pursuant to 28 U.S.C. 1446(a), defendants attach a copy of all process, pleadings and orders served upon them, to wit:

   (a) The original petition styled *Larry Cruz v. Eldorado Resorts, Inc. and Isle of Capri Lake Charles Grand Palais*, No. 20-09-11908, 457th Judicial District Court, Montgomery County, Texas;

   (b) A copy of the citation issued to Eldorado Resorts, Inc.; and

   (c) A copy of the citation issued to Isle of Capri Lake Charles Grand Palais.

To the knowledge of defendants, no additional process, pleadings or orders have been filed in this matter.

19. A Notice of Filing Notice of Removal and a copy of this Notice of Removal will be filed with the Clerk of Court for the 457th Judicial District Court, Montgomery County, Texas and are being served on all counsel of record.

## NON-WAIVER OF DEFENSES

20. By removing this action, defendants do not waive and specifically reserve any and all objections, exceptions or defenses available to them, including, but not limited to, insufficiency of service of process, insufficiency of process, jurisdiction over the subject matter, jurisdiction over the person, or venue, and specifically reserve the right to assert any and all defenses or objections to which they may be entitled.

21. By removing this action, defendants do not admit any of the allegations in the

petition or that plaintiff is entitled to any monetary or equitable relief whatsoever.

## CONCLUSION

Defendants, ELDORADO RESORTS, INC. n/k/a CAESARS ENTERTAINMENT, INC. and ST. CHARLES GAMING COMPANY, L.L.C., pray that this action be removed from the 457th Judicial District Court, Montgomery County, Texas, to the United States District Court for the Southern District of Texas, Houston Division.

Dated:  November 2, 2020

Respectfully submitted,

KEAN MILLER LLP

/s/ *Megan L. Reinkemeyer*
Megan Reinkemeyer #24094209
711 Louisiana Street, Ste 1800
Houston, TX  77002
Telephone: (713) 844-3000
Fax: (713) 844-3030
megan.reinkemeyer@keanmiller.com

and

Royce Lanning #24055819
1400 Woodloch Forest Drive, Ste 400
The Woodlands, TX 77380
Telephone: (832) 494-1711
Fax: (888) 781-0162
royce.lanning@keanmiller.com

**ATTORNEYS FOR ELDORADO RESORTS, INC. n/k/a CAESARS ENTERTAINMENT, INC. and ST. CHARLES GAMING COMPANY, L.L.C.**

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and that a copy of same was sent to all counsel of record by operation of this court's electronic filing system and/or electronic mail.

  Houston, Texas, this the 2nd day of November, 2020.

                  /s/ *Megan L. Reinkemeyer*
                  Megan Reinkemeyer