Received and E-Filed for Record
9/30/2020 12:31 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Julia Meyer

NO. 20-09-11908

| | | |
|---|---|---|
| **LARRY CRUZ,** | § § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § § | Montgomery County - 457th Judicial District Court |
| V. | § § | _____ **JUDICIAL DISTRICT** |
| **ELDORADO RESORTS INC AND ISLE OF CAPRI LAKE CHARLES GRAND PALAIS** | § § § § | **MONTGOMERY COUNTY, TEXAS** |
| **Defendants.** | | |

### PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Larry Cruz, hereinafter called Plaintiff, complaining of and about Eldorado Resorts Inc and Isle of Capri Lake Charles Grand Palais, hereinafter called Defendants and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2. Plaintiff, Larry Cruz is an individual whose address is 15868 Rusty Lane Lot #7, Willis Texas 77318.

3. Defendant, Eldorado Resorts Inc, is a Corporation whose principal place of business and headquarters is located at 100 Westlake Ave, West Lake, LA 70669 who may be served by serving its registered agents, Jeffrey M. Barbin at Phelps Dunbar, 400 Convention St., Ste. 1100, II City Plaza, Baton Rouge, LA 70802, or wherever else he may be found. Service of said Defendant described above may be effected by personal delivery.

1

**EXHIBIT A-1**

4. Defendant, Isle of Capri Lake Charles Grand Palais, is a Company whose principal place of business and headquarters is located at 100 Westlake Ave, West Lake, LA 70669 who may be served by serving its registered agents, Jeffrey M. Barbin at Phelps Dunbar, 400 Convention St., Ste. 1100, II City Plaza, Baton Rouge, LA 70802, or wherever else he may be found. Service of said Defendant described above may be effected by personal delivery.

## JURISDICTION AND VENUE

5. The subject matter in controversy is within the jurisdictional limits of this court.

6. Venue in Montgomery County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practices and Remedies Code because some or all of the events which lead to Plaintiff's injury occurred in Montgomery County, Texas.

## FACTS

7. On or about October 18, 2019, Plaintiff, Larry Cruz, was a guest at Defendants Isle of Capri Hotel and Casino in Lake Charles, LA. Plaintiff, was attempted to use the bathroom in his hotel room, room 274, when he stepped on a hypodermic needle which had been left on the bathroom floor and overlooked by Defendants cleaning staff. Plaintiff booked his vacation at the resort from Montgomery County, Texas. Plaintiff suffered a painful puncture wound from stepping on the needle and has been forced to undergo medical testing for communicable diseases, such as HIV, since stepping on the needle.

## PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST DEFENDANTS, ELDORADO RESORTS INC / ISLE OF CAPRI LAKE CHARLES GRAND PALAIS

8. Defendants, Eldorado Resorts Inc / Isle of Capri Lake Charles Grand Palais had a duty to excise a degree of care that a reasonably careful person would use to avoid harm to

others. Plaintiff's injuries were proximately caused by Defendants' negligent, careless and reckless disregard of said duty. The negligent, careless, and reckless disregard of duty of Defendants consisted of but is not limited to their failure of a breach of the applicable standard of care. Defendants knew of the dangerous condition and failed to remedy it, even though the means were close at hand and available to them.

### DAMAGES FOR PLAINTIFF, LARRY CRUZ

9. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Larry Cruz, was caused to suffer damages, and to incur the following:

- A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Larry Cruz for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services;
- B. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;
- C. Mental anguish in the past.
- D. Mental anguish in the future.
- E. Physical pain and suffering in the past;
- F. Physical pain and suffering in the future;
- G. Loss of Household Services in the past;
- H. Loss of Household Services in the future;
- I. Cost of medical monitoring and prevention in the future.
- J. Pursuant to TRCP 47, the subject matter in controversy is consistent with 47(c)(4), monetary relief over $200,000 but not more than $1,000,000.

3

## REQUESTS FOR DISCLOSURES

10. Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendants are requested to disclose, within fifty (50) days of service of this request, the information and material described in Rule 194.2(a)-(l).

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Larry Cruz, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

BARCUS & CANTRELL, PLLC

By: ___J. Hans Barcus_____
J. Hans Barcus
Texas Bar No. 00793302
hans@bctexaslawyers.com
1211 19th Street
Huntsville, Texas 77340
Tel. (936) 730-8541
Fax. (936) 730-8535

ATTORNEY FOR PLAINTIFF,
LARRY CRUZ

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**