UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LARRY CRUZ, <br><br> Plaintiff, <br><br> versus <br><br> ELDORADO RESORTS, INC. AND ISLE OF CAPRI LAKE CHARLES GRAND PALAIS, <br><br> Defendants. | Civil Action No. 4:20-cv-03743 |

### DEFENDANTS' ELDORADO'S AND ISLE OF CAPRI'S
### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and for the reasons in the accompanying memorandum, Defendants, Eldorado Resorts, Inc. n/k/a Caesars Entertainment, Inc. ("Eldorado") and St. Charles Gaming Company, L.L.C. (incorrectly named "Isle of Capri Lake Charles Grand Palais") ("Isle of Capri"), hereby respectfully move this Court to dismiss Plaintiff's Petition for Lack of Personal Jurisdiction.

Dated: November 9, 2020

Respectfully submitted,

KEAN MILLER LLP

/s/ *Megan L. Reinkemeyer*
Megan L. Reinkemeyer #24094209
711 Louisiana Street, Ste 1800
Houston, TX 77002
Telephone: (713) 844-3000
Fax: (713) 844-3030
megan.reinkemeyer@keanmiller.com

and

Royce Lanning #24055819
1400 Woodloch Forest Drive, Ste 400
The Woodlands, TX 77380
Telephone: (832) 494-1711
Fax: (888) 781-0162
royce.lanning@keanmiller.com

**ATTORNEYS FOR ELDORADO RESORTS, INC. n/k/a CAESARS ENTERTAINMENT, INC. and ST. CHARLES GAMING COMPANY, L.L.C.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record registered in the federal CM/ECF system.

Houston, Texas, this the 9th day of November, 2020.

/s/ *Megan L. Reinkemeyer*
COUNSEL