UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LARRY CRUZ,<br><br>          Plaintiff,<br>versus<br><br>ELDORADO RESORTS, INC. AND ISLE OF CAPRI LAKE CHARLES GRAND PALAIS,<br><br>          Defendants. | Civil Action No. 4:20-cv-03743 |

## PLAINTIFF'S NOTICE OF DISMISSAL

NOW INTO COURT, comes Plaintiff, Larry Cruz, who files this notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and in support thereof states:

1. Plaintiff commenced this action in the 457th Judicial District Court for Montgomery, County, Texas on September 30, 2020 against Defendants, Eldorado Resorts, Inc. n/k/a Caesars Entertainment, Inc. and St. Charles Gaming Company, L.L.C. (incorrectly named "Isle of Capri Lake Charles Grand Palais") (collectively, the "Defendants"). *See* Doc. 1-3.

2. Subsequently, the Defendants removed the case to this Court. *See* Doc. 1.

3. The Defendants have not served an answer or motion for summary judgment.

4. On November 9, 2020, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2), contesting this Court's jurisdiction over them. *See* Doc. 3.

5. Defendants' Motion to Dismiss has not been converted to a motion for summary judgment and this motion is timely. *See Plains Growers, Inc. By and Through Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 254 (5th Cir. 1973); *Bunkers Intern. Corp. v. Carreria Pitti, P.C.*, Civ. Action No. H-10-3756, 2011 WL 2552473, at *1 (S.D. Tex. June 27, 2011).

6.     Plaintiff only intends to dismiss Eldorado Resorts, Inc. n/k/a Caesars Entertainment, Inc. from this suit, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice.

7.     Plaintiff does not dismiss, but rather expressly reserves, his claims against St. Charles Gaming Company, L.L.C. (incorrectly named "Isle of Capri Lake Charles Grand Palais").

Respectfully submitted,

BARCUS & CANTRELL, PLLC

/s/J. Hans Barcus_____
J. Hans Barcus
Texas Bar No. 00793302
Southern District of Texas Bar No.
1211 19th Street
Huntsville, Texas 77340
Telephone: (936) 730-8541
Fax: (936) 730-8535
hans@bctexaslawyers.com

**ATTORNEY FOR LARRY CRUZ**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record registered in the federal CM/ECF system.

Huntsville, Texas, this the 24th day of November, 2020.

/s/ J. Hans Barcus_____
COUNSEL